**26 CV 1574**

Witherspoon vs USA



1. Desmond M. Witherspoon Motion to the United States District Court Southern District of New York to Dismiss Transit Adjudication Bureau Violation Number 137295012 and violation number 133295021 and ticket number CRC-3200(04/12) bar code number 4445595468 from Brooklyn, NY NYHP

1. Desmond M. Witherspoon Motion to the United States District Court Southern District of New York to re-open listed captioned case, add listed attached documents, Grant Verdict in favor of Plaintiff

officer Cabrera
officer Pissailte : NYHP Tax Registry # 102/80

Listed defendant(s) to provide names of mom, dad, grands, aunts, uncles, kids, neices, nephews ect
Listed defendant(s) NYC license suspended indefinatly, right for case to be heard revoked
Listed defendant(s) freedom of speech, pursuit to happiness, fair trail rights revoked
Listed defendant(s) rights to fair labor, fair housing, right to bear arms revoked
Terms and conditions are subject to change Lifetime Guaranteed

KST-6920 Hyundai NY

To provide name of previous owner before plaintiff
Plaintiff as new percent owner of listed tag vehicle
Terms and conditions are subject to change. Lifetime Guarantee

Fassett Lane Lumber 4301 Fassett Ln Wellsville, NY 14895
2375-2241 Mc Curry Rd Wellsville, NY 14895
(Allegheny County, NY)
Stratonicon w/ clock
42.476075, -78.088330 + 42.474350, -78.087853 + 42.474258, -78.087156
to 42.473930, -78.086902 + 42.471788, -78.082294 to 42.473425, -78.080348
to 42.476900, -78.082378 back to beginning Fillmore, NY Allegheny County (Madison Square
(Volvo)                                                                  Garden)

Westbury Lumber 13831 Westbury Cut off Rd Red Creek, NY 13143
43.204028, -76.682776 Victory, NY Cayuga County
                                         Stratonicon w/clock
42.086102, -76.790550 to 43.086569, -76.788292 to 43.083717, -76.785762
to 43.080998, -76.785413 + 43.080726, -76.790185 back to beginning Savannah, NY
Madison Square Garden  Jaguar

Southern Tier Hardwood Sales Inc 4576 NY-434 Apalachin, NY 13732
42.142707, -76.340637 Catatonk, NY (Tioga County, NY) Stratonicon
42.237821, -76.349320 + 42.238338, -76.352992 to 42.240736, -76.352944 +  w/clock
42.240786, -76.349372 back to beginning Candor, NY  Madison Square Garden
Mack Truck | Freightliner

North Main Lumber 1080 W Main St Ste 208 Hornell, NY 14843
42.427196, -77.679572 Arkport, NY (Steuben County, NY) Stratonicon
42.420458, -77.505244 + 42.415129, -77.504989 + 42.414709, -77.495587 + w/clock
42.420272, -77.499511 back to beginning Avoca, NY  Madison Square Garden (Nissan)

Clemente Fane (oranda?) 602 W Steele St Herkimer, NY 13350
43.069000, -74.877576 Little Falls, NY (Stratonicon w/clock)
                                                              Brick Plant
42.932820, -75.246497 + 42.942006, -75.245507 + 42.938776, -75.235793
back to beginning Cassville, NY  Herkimer County  Madison Square Garden
Cadillac

Listed entities to sponsor plaintiff with requested items + listed property.
Plaintiff is 100 percent owner of listed property. Current tenants have 90 days to exit
Terms and conditions are subject to change. Lifetime guarantee

ZUA Construction llc: 75 Washington St Mt Holly, N.J 08060

40.043450, -74.877845 + 40.043652, -74.876345 + 40.044736, -74.875906 + 40.045080, -74.877710 back to beginning
JFK Way, Burlington Twp, N.J. 08016

3-4 bdrm Matilda Houses from Westchester County, NY

40.066039, -74.832505 + 40.065035, -74.832341 + 40.063297, -74.827575 + 40.066902, -74.827004 back to beginning Burlington Twp, N.J.

3-4 bdrm Matilda Homes from Westchester County, NY

Listed entity to sponsor Lendlease plaintiff with listed homes on listed property. Plaintiff as 100 percent owner of listed property. Current tenants have 90 days ext. Terms and Conditions are subject to change. Lifetime Guarantee

AB International Fabrics! 11 E 183rd St Bronx, NY 10453
Gym Bags: 1,000
Womens weight lifting belts Brown Leather: 100
1,000 mens Brown leather weight lifting Belts
700 Brown leather car-pull harness
20 pair Blue Suede Timberlands          500 yds blue suede
20 pair Black Suede Timberlands         500 yds black suede
                                        500 yds Tan suede

Bruckner Lumber & Building Supply Co. 259 Bruckner Blvd, Bronx, N.Y. 10454
1,000 Postal Business cars (Deliver to Westchester County, NY)
Trash can covers: 100
Resturaunt Table: 250                   Resturaunt countertops - 250
Resturaunt Seating booths: 500
Resturaunt chairs for Table: 250

Rosenzweig Lumber Corporation! 801 E 135th St #1 Bronx, NY 11754
Stage at the Borgata Casino in my other case
Stage at Horse Racetrack in Westchester County, NY in my other case
1,000 car corners to Fresh Prince Houses in Westchester County, NY
                   ↑ my other case

Mensch Mill & Lumber! 1261 Commerce Ave Bronx, N.Y. 10462
1,000 Business Car Carriers to Fresh Prince Houses in Westchester County, NY

Center Sheet Metal: 1371 E Bay Ave Bronx NY 10474
13 factory warehouse delivered to Asphalt Mountain by
far Rocaway, NY / 13 factory warehouses on Anthony's Island, NY
100 binoculars w/ screw on camera case on side of camera
                                                  stick holder + case

DSW Sheet Metal! 3645 Rombouts Ave Bronx, NY 10466
10 ft liberty bells
1 Come down Machine at my 250 Acre Airport in other case
                                    1 ft liberty bells

Listed entities to sponsor/endorse plantiff with listed items to listed properties
Terms and conditions are subject to change Lifetime Guarant

Xfinity Mobile Arena: 3601 S Broad St. Phila., PA. 19148
  To sponsor IMC construction w/ licencenses for construction

Lincoln Financial Field: One Lincoln Financial Field Way Phila., PA. 19148
  To sponsor IMC construction w/ licenses for construction

IMC Construction: 3 Great Valley Pkwy #200, Malvern, PA. 19355
  10 Floors on Xfinity Mobile Arena
  10 Floors on Lincoln Financial Field

Irion Lumber Company: 980 Collins Rd Wellsburg, PA. 16A
  To sponsor IMC Construction 3 Great Valley Pkwy #200 Malvern, PA 19355 with Lumber to construct at listed Field/Arena requested floor

Highmark Stadium: 1 Bills Dr Orchard Park, NY 14127
  To sponsor 84 Lumber w/ license to construct on arena

84 Lumber: 4365 S Taylor Rd Orchard Park, NY 14127
  10 Floors on Highmark stadium

Listed entities to sponsor/endorse plaintiff with listed items at listed address. Terms and conditions are subject to change. Lifetime Guarantee

Northern Skid Steer & Excavating Services Cons 14-15 Val Rita ON
P0L 2E0 Canada    Dig Tunnel out below points

42.982320, -81.298309 + 42.990445, -81.351703 London, ON, Canada
Dig Tunnel

42.99207, -81.351853 London, On, Canada
Dig Tunnel from above address + this one

Amrize Bath Cement Plant! 6501 Bath Rd Bath ON K0H 1G0 Canada
Tunnel at above location (both)

Listed entities to sponsor/endorse plaintiff with requested service at listed properties.
Plaintiff is 100 percent owner of listed property. Current tenants have 90 days to exit.
Terms and conditions are subject to change. Lifetime Guarantee

Lot 22 Barrington Ln Willingboro, NJ. fresh Prince 3-4 bdrm (1)

40.043461, -74.890658 corner of Van Skiver Pkwy / Salem Rd Willingboro, NJ. Entire Lot 8-10 Homes fresh Prince 3-4 bdrm
Matilda 3-4 bdrm

691-665 JFK Way Willingboro, NJ 08046
Entire Lot. 8-10 Homes fresh Prince 3-4 bdrm
Matilda 3-4 bdrm

Caravalho Construction Company: 83 Pageant Ln Willingboro, NJ. 08046
To sponsor/endorse plaintiff with the construction of listed homes on listed lot

T&T Plastics Land / Acrylic Sheets & Plastic Fabrication: 342 Herzl St Brooklyn, NY 11212
5 Plexi Red Horse Carriages
5 Plexi Clear Horse Carriages     / to westchester county
5 Plexi White Horse Carriages    /   New York

Plaintiff as 100 percent owner of listed lots. (current tenants have 90 days to evict listed entities to sponsor/endorse plaintiff with listed items to listed address. Terms and conditions are subject to change. Lifetime Guarantee

Spectrum Center: 333 E Trade St Charlotte, NC 28202
  To sponsor Rockler Woodworking and Hardware w/ licenses to do construction

Rockler Woodworking and Hardware: 5335 Ballantyne Commons Pkwy suite 200 Charlotte, NC 28277
  10 Floors on Spectrum Center

Danforth Construction Group: 2023 N Davidson St Charlotte, NC 28205
  2400 Acre town (need property)

Mercedes-Benz Stadium: 1 AMB Dr NW Atlanta, GA 30313
  To sponsor Peach State Lumber Products Inc w/ licenses to do construction

Peach State Lumber Products Inc: 4000 Moon Station Rd NW Kennesaw, GA 30144
  10 Floors on Mercedes-Benz Arena

Holder Construction: 3300 Riverwood Pkwy #1200, Atl GA 30339
  2400 Acre town   Need Property

Listed entities to sponsor/endorse plaintiff with listed items at listed address
Terms and conditions are subject to change Lifetime Guarantee

Fox Lumber Inc: 11 W Main st Clinton, NJ. 08809

40.543800,-74.991275 + 40.544102,-74.986721 + 40.547670,-74.987334 to 40.547265,-74.991707 back + beginning Kingwood, NJ. Hunterdon County, NJ
   Madison Square Garden
Ferrari Manufacturer


84 Lumber: 22 Ford Rd Rockaway, NJ. 07866

41.281669,-74.61664 to 41.281837,-74.61746 + 41.283665,-74.617683 + 41.283407,-74.614889 + 41.281421,-74.615975 back + beginning Wantage, NJ. Sussex County, NJ.

   Hummer Manufacturer

Belleville Lumber Supply: 528 Joralemon st Belleville, NJ. 07109

40.762218,-75.159993 + 40.764792,-75.155311 + 40.761518,-75.151901 + 40.760486,-75.152297 + 40.760229,-75.157108 back + beginning Harmony, NJ. Warren County
   Ford Manufacturer


Plaintiff as 100 percent owner of listed property. Current tenants have 90 days + out Listed entities to sponsor/endorse plaintiff with listed items + listed properties. Terms and conditions are subject to change lifetime guarantee

Echostar ! 530 Echoster Dr Cheyenne, WY 82007

44.476702,-109.215261 to 44.469642,-109.425483 Wapiti, Wyoming

Satelite Shack Manhattan, N.Y. to listed points

30.128436,-85.171527 Near Gulf County Fl Wewahitchka, Fl
Satelite shack Manhattan, NY at listed point

41.198870,-101.691663 Ogallala Nebraska McConaughy Lake
Satelite shack Manhattan, N.Y.

44.136152,-70.853466 to 44.258527,-70.836344 Sweden, Maine
Satelite shack Manhattan, NY

George Lumber Co Incorporated 525 E Mill St Little Falls, N.Y. 13365 (herkimer county, NY)

42.964916,-75.200935 Clayville, NY Any Hill Farm therein (Home Building)
Pemberton Campus from Burlington County College in New Jersey (Trade School)
100 Black Jack Tables / 200 Poker Tables / 50 ft Bar 100 Bar stools

Plaintiff as 100 percent owner of listed property. Current tenants have 90 days to exit. Listed entities to sponsor/endorse plaintiff with listed ideas to listed properties. Terms and conditions are subject to change. Lifetime Guarant



**PRIORITY MAIL**

FROM: Desmond M. Wotherspoon
296 North Ave N.Y., N.Y

TO: United States District Court Southern District of New York
40 Foley St Pt, N.Y 1007

Pro Se

RECEIVED
2026 FEB 25 AM 10:47
SDNY PRO SE OFFICE

CLERK'S OFFICE
RECEIVED
FEB 24 2026