UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND WITHERSPOON,

                Plaintiff,

        -against-

USA,

               Defendant.

26-CV-1574 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 30, 2015, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Witherspoon v. Rivera*, No. 15-CV-4328 (LAP) (S.D.N.Y. June 30, 2015). Plaintiff files this new *pro se* case, but has not submitted an application to proceed IFP or paid the relevant fees. The Court construes Plaintiff's complaint as seeking IFP status, and notes that he has not sought leave to file from the Court. The Court dismisses this action without prejudice for Plaintiff's failure to comply with the June 30, 2015 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 2, 2026
            New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                 Chief United States District Judge